**Order entered March 19, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01562-CV

### QUICK CHANGE ARTIST, LLC, Appellant

### V.

### IRIS T. ACCESSORIES, Appellee

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-14118**

## ORDER

The clerk's record in this case is overdue. By postcard dated January 15, 2015, we notified the Dallas County District Clerk that the clerk's record was overdue and directed the district clerk to file the clerk's record within thirty days. To date, the clerk's record has not been filed and we have not received any correspondence from the Dallas County District Clerk's office regarding the status of the clerk's record.

Accordingly, we **ORDER** the Dallas County District Clerk to file the clerk's record or written verification that appellant has not paid for or made arrangements to pay for the record within **TEN DAYS** of the date of this order. *We notify appellant that if we receive verification it has not paid or made arrangements to pay for the clerk's record, we will, without further notice, dismiss the appeal. See* TEX. R. APP. P. 37.3(b).

We **DIRECT** the Clerk of this Court to send copies of this order, by electronic transmission, to Felicia Pitre, Dallas County District Clerk, and to all parties.

/s/  CAROLYN WRIGHT
   CHIEF JUSTICE